**Stuart B. Wolfe (SBN 156471)**
**Alice M. Dostalova (SBN 244513)**
**amdostalova@wolfewyman.com**
**WOLFE & WYMAN LLP**
**2175 N. California Blvd., Suite 645**
**Walnut Creek, California 94596**
**Telephone:  (925) 280-0004**
**Facsimile:   (925) 280-0005**

**Attorneys for Defendants**
**GMAC MORTGAGE, LLC (named as**
**"GMAC Wholesale Mortgage Corp");**
**ETS SERVICES, LLC (named as "Executive**
**Trustee Services, LLC"); and FEDERAL**
**NATIONAL MORTGAGE ASSOCIATION**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL S. ZENDEJAS, JR. & MARIA ZENDEJAS, are individuals,<br><br>        Plaintiffs,<br><br>   v.<br><br>GMAC WHOLESALE MORTGAGE CORP., EXECUTIVE TRUSTEE SERVICES, LLC, DBA ETS SERVICES, LLC, FEDERAL NATIONAL MORTGAGE ASSOCIATION and DOES 1-100,<br><br>        Defendants. | Case No.:  1:10-CV-00184-OWW-GSA<br><br>Assigned to Hon. Oliver W. Wanger<br><br>**STIPULATION REGARDING MOTION TO DISMISS AND ORDER THEREON** |

**TO THE COURT, ALL PARTIES HEREIN, AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

   This Stipulation is made by and between Plaintiffs SAMUEL S. ZENDEJAS, JR. and MARIA ZENDEJAS ("Plaintiffs") and Defendants GMAC MORTGAGE, LLC (named as "GMAC WHOLESALE MORTGAGE CORP.") ("GMAC"), ETS SERVICES, LLC (named as "EXECUTIVE TRUSTEE SERVICES, LLC DBA ETS SERVICES, LLC ("ETS"), and FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FNMA") (collectively "Defendants"), by and through their respective counsel of record herein.  The parties agree and stipulate as follows:

///

A.  Defendants agree to permit Plaintiffs to file an Opposition to their Motion to Dismiss and Motion to Strike by 9:00 a.m. on April 7, 2010.

B.  Plaintiffs agree to permit Defendants to file a Reply in support of their Motion to Dismiss and Motion to Strike by 12:00 a.m. on April 8, 2010.

C.  This Stipulation does not alter the date of any event but does alter the deadlines fixed by the local rules for submitting oppositions and replies.

WHEREFORE, the parties to this action agree and stipulate that Plaintiffs may file any Opposition by 9:00 a.m. on April 7, 2010, and Defendants may file any Reply by 12:00 a.m. on April 8, 2010.

DATED: March 31, 2010                WOLFE & WYMAN LLP

By: /s/ Alice M. Dostalova
    STUART B. WOLFE
    ALICE M. DOSTÁLOVÁ
Attorneys for Defendant
**GMAC MORTGAGE, LLC; ETS SERVICES, LLC; and FEDERAL NATIONAL MORTGAGE ASSOCIATION**

DATED: March 31, 2010                KAUFMAN, ENGLETT & LYND, LLC

By: /s/ Tran K. Goebel  (authorized on 3/31/2010)
    TRAN K. GOEBEL, ESQ
Attorneys for Plaintiffs
**SAMUEL S. ZENDEJAS, JR. and MARIA ZENDEJAS**

IT IS SO ORDERED.

Dated:   **April 1, 2010**                    /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE