CHAISE R. BIVIN (STATE BAR NO. 204944)
SEVERSON & WERSON
A Professional Corporation
19100 Von Karman Avenue, Suite 700
Irvine, CA 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendants
GMAC MORTGAGE, LLC (incorrectly sued as GMAC WHOLESALE MORTGAGE CORP.); EXECUTIVE TRUSTEE SERVICES, LLC dba ETS SERVICES, LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION

# UNITED STATED DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL S. ZENDEJAS, JR. and MARIA ZENDEJAS<br><br>Plaintiffs<br><br>vs.<br><br>GMAC WHOLESALE MORTGAGE CORP.; et al.,<br><br>Defendants | Case No.: 1:10-cv-00184-OWW-GSA<br><br>ORDER GRANTING SUBSTITUTION OF ATTORNEY |

## ORDER

The Substitution of Attorney of CHAISE R. BIVIN, Severson & Werson PC for defendants GMAC MORTGAGE, LLC (incorrectly sued as GMAC WHOLESALE MORTGAGE CORP.), EXECUTIVE TRUSTEE SERVICES, LLC dba ETS SERVICES, LLC, and FEDERAL NATIONAL MORTGAGE ASSOCIATION in place of WOLFE & WYMAN LLP is hereby ordered by this Court.

IT IS SO ORDERED.

- 2 -

1  Dated:  **June 28, 2010**                    **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE