UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SAMUEL S. ZENDEJAS, JR.          )
ET AL,                           )          1:10-cv-00184 OWW GSA
                                 )
              Plaintiff,         )
                                 )          ORDER DISMISSING ACTION FOR
     v.                          )          FAILURE TO SUBMIT
                                 )          STIPULATED DISMISSAL
GMAC WHOLESALE MORTGAGE CORP.    )
ET AL,                           )
                                 )
              Defendant.         )
                                 )
_____ )


     The parties in this matter having previously notified the

court that a settlement had been reached in this matter, and having

failed to submit a stipulated dismissal as requested;

     IT IS HEREBY ORDERED that this action is dismissed without

prejudice.


IT IS SO ORDERED.


Dated: September 8, 2010              /s/ OLIVER W. WANGER
                                     UNITED STATES DISTRICT JUDGE

1